IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-75-BO

| | |
|---|---|
| BRIER CREEK INTEGRATED PAIN & SPINE, PLLC, AND ROBERT D. WADLEY, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | **ORDER** |

For good cause being shown upon the motion of Defendant, IT IS HEREBY ORDERED that Defendant is permitted to file the certified administrative record, under seal, as a manual attachment by delivering a copy of certified administrative record to the Court on a flash drive in accordance with with Section V.A. of the E.D.N.C. Electronic Case Filing Administrative Policies and Procedures Manual (Rev. March 2017).

SO ORDERED this 18 day of December, 2024.

_____
TERRENCE W. BOYLE
United States District Judge